No. 36, Misc. CONGRO v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 38, Misc. CANLER v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 39, Misc. MARTIN v. WALKER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 47, Misc. ADAMS v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 48, Misc. ALVIN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 50, Misc. NOR WOODS v. TEETS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 51, Misc. YELVINGTON v. LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 53, Misc. MORRIS v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 55, Misc. SISK v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 58, Misc. SMITH, ADMINISTRATRIX, v. BALTIMORE & OHIO RAILROAD Co. C. A. 6th Cir. Certiorari denied. *Paul M. Herbert* for petitioner. *E. H. Burgess* and *Kenneth H. Ekin* for respondent.